Jamie Lynn DURHAM

v.

David Irving DURHAM IV

2140178

Court of Civil Appeals of Alabama.

03/06/2015

Dismissed

Angela NAILS

v.

ADVANCE AUTO PARTS

2140181

Court of Civil Appeals of Alabama.

02/12/2015

Dismissed

EX PARTE Dennis HARE
d/b/a Hare Constr.

(In re: Dennis Hare d/b/a Hare Constr.

v.

Bay South Ltd., Inc., et al.)

2140183

Court of Civil Appeals of Alabama.

01/07/2015

Mand. pet. denied

Kenneth S. TRAYWICK

v.

Michael L. KIDD

2140185

Court of Civil Appeals of Alabama.

02/12/2015

Transferred to Ct. of Crim. App. for lack of subject-matter jurisdiction

ALLIED CO. OF the WIREGRASS, INC., d/b/a Allied Fence Co.

v.

CITY OF DOTHAN, Anne Rumble, Kim Meeker, and Earnest Stokes

2140190

Court of Civil Appeals of Alabama.

03/31/2015

Transferred to Sup. Ct. for lack of subject-matter jurisdiction